# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HUGO ESTRADA, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> USAA CASUALTY INSURANCE § <br> COMPANY, § <br> § <br> Defendant. § | Civil Action No. 18-cv-00474-G |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal with prejudice of the above-captioned action. The parties shall bear their own costs and attorney's fees.

DATED this 18th day of June, 2019.

Respectfully submitted,

/s/ Justin Lamunyon
_____

Justin Lamunyon, OBA # 16007
Lamunyon Law Firm, P.C.
118 N. Independence
Enid, OK 73701
Telephone:   (580) 242-4621
Facsimile:   (580) 242-4625
E-mail:   lamunyonlaw@sbcglobal.net
***Attorney for Plaintiff Hugo Estrada***

/s/ Elizabeth T. Isaacs
_____

William S. Leach, OBA #14892
McAfee & Taft,
A Professional Corporation
Two West 2nd Street, Suite 1100
Williams Tower II
Tulsa OK  74103
Telephone:  (918) 587-0000
Facsimile:  (918) 599-9317
Email:   bill.leach@mcafeetaft.com

and

Jodi W. Dishman, OBA #20677
Elizabeth T. Isaacs, OBA # 32429
McAfee & Taft,
A Professional Corporation
211 North Robinson, 10th Floor
Oklahoma City, OK 73102
Telephone:     (405) 235-9621
Facsimile:     (405) 235-0439
E-mail:  jodi.dishman@mcafeetaft.com
              elizabeth.isaacs@mcafeetaft.com

***Attorneys for Defendant USAA Casualty Insurance Company***